JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ZOIE J. LAGGIS, IDAHO STATE BAR NO. 10925
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

NOV 26 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

POA
02-09-26

26-9007 MJ

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-24-00262E-BLW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2 |
| LUIS ENRIQUE ZAVALA-LOPEZ, | 21 U.S.C. § 841(a)(1) |
|  | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | 21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1), (b)(1)(C); and 18 U.S.C. § 2**

On or about July 2, 2024, in the District of Idaho, the Defendant, LUIS ENRIQUE ZAVALA-LOPEZ, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted in the same, in violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(C); and Title 18 United States Code Section 2.

**INDICTMENT - 1**

## COUNT TWO

### Distribution of Methamphetamine
### 21 U.S.C. § 841(a)(1), (b)(1)(C); and 18 U.S.C. § 2

On or about July 3, 2024, in the District of Idaho, the Defendant, LUIS ENRIQUE ZAVALA-LOPEZ, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted in the same, in violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(C); and Title 18 United States Code Section 2.

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in Counts One and/or Two of this Indictment, the Defendant, LUIS ENRIQUE ZAVALA-LOPEZ, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said Defendant(s) obtained directly or indirectly as a result of the foregoing offense(s); and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offense(s). The property to be forfeited includes, but is not limited to, the following:

1. Seized Property. Approximately ($5,200) seized on or about July 16, 2024.

2. Unrecovered Cash Proceeds and/or Facilitating Property. The Defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the Defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the Defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

INDICTMENT - 2

3.  <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third person;

c.  Has been placed beyond the jurisdiction of the court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 26th day of November, 2024.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
ZOIE G. LAGGIS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 3

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| LUIS ENRIQUE ZAVALA-LOPEZ | 4:24-CR-00262-BLW |

**RECEIVED**
By United States Marshals Service at 3:34 pm, Nov 26, 2024

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LUIS ENRIQUE ZAVALA-LOPEZ** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

DISTRIBUTION OF METHAMPHETAMINE

21 U.S.C. § 841 (a)(1) and (b)(1)(C); 18 U.S.C § 2



United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Nov 26, 2024 3:30 pm

November 26, 2024

Date

---

### RETURN

This warrant was received_____ and executed with the arrest of the above-name individual at _____.

_____

Signature of Arresting Officer            Date of Arrest

Name & Title of Arresting Officer